THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENT SCOTT, Appellant.

Submitted February 25, 1942; decided April 23, 1942.

*Vincent Scott*, appellant, in person.

*Frank S. Hogan*, District Attorney (*Stanley H. Fuld* and *Isabel B. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.